**No. 65597.**—King Shipping Company *v.* United States, protest 60/23203 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

BEFORE THE THIRD DIVISION, MAY 8, 1961

**No. 65598.**—Peerless Importers, Inc. *v.* United States, protest 60/25370 (New York).

Opinion by RICHARDSON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, MAY 9, 1961

**No. 65599.**—*Columbia Motor Corp. v. United States*, protest 58/24638 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of hydraulic brake fluid, which consists of a mixture in chief value of ethylene glycol; that said merchandise does not contain ethyl alcohol; and that the issues involved are the same in all material respects as those the subject of *United States* v. *Sandoz Chemical Works, Inc.* (46 C.C.P.A. 115, C.A.D. 711), the claim of the plaintiff was sustained.